# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5457FDB
CR95-5415FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Petitioner Moore's "Consolidated Motion Under Title 28 U.S.C. §2255, Writ of Habeas Corpus" shall be TRANSFERRED to the Ninth Circuit Court of Appeals for determination of whether his motion should be authorized pursuant to 28 U.S.C. § 2244(b)(3).

September 6, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk