UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM G. MOORE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C07-5457 FDB
C07-5349
CR95-5415

ORDER DENYING MOTION FOR RELEASE ON PERSONAL RECOGNIZANCE

    This matter comes before the Court on Petitioner Moore's "Motion for Release on Personal Recognizance. Mr. Moore was convicted in October 1995 of Conspiracy to Manufacture Methamphetamine, Conspiracy to Money Launder and Aiding and Abetting the Manufacture of Methamphetamine. Petitioner was sentenced to life imprisonment on June 28, 1996. Petitioner has occupied this Court's docket with numerous motions and petitions for post-conviction relief. This latest motion for release on personal recognizance is not cognizable. The cited authority, 28 U.S.C. § 3141(b) and § 3142(b) & (g)(2) provide the procedures for release or detention pending trial or sentence. Petitioner has been tried and sentenced.

ORDER - 1

ACCORDINGLY;

IT IS ORDERED:

Petitioner Moore's Motion for Release on Personal Recognizance is **DENIED**.

DATED this 15th day of October, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2