UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM G. MOORE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. C07-5457 FDB<br>　　　　　C07-5349<br>　　　　　CR95-5415<br><br>ORDER DENYING MOTIONS FOR RECONSIDERATION OF ORDER DENYING MOTIONS FOR RELEASE ON PERSONAL RECOGNIZANCE |

　　　　This matter comes before the Court on Petitioner Moore's Motions for Reconsideration of the Order Denying Motions for Release on Personal Recognizance. The Court, having considered the Petitioner's pleadings and the balance of the record, finds that the motion should be denied.

　　　　Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Petitioner has not made the requisite showing as to either of the

ORDER - 1

grounds for reconsideration under CR 7(h)(1). Petitioner's judgment and sentence have been affirmed on appeal. There is no basis for release on personal recognizance.

ACCORDINGLY;

IT IS ORDERED:

Petitioner Moore's Motions for Reconsideration are **DENIED**.

DATED this 6th day of November, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2